**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ROBERT BOSCH LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UL ENTERPRISES LLC d/b/a STNA, and DANYANG UPC AUTO PARTS CO., LTD., and SCAN TOP ENTERPRISE CO. LTD.<br><br>    Defendants. | Civil Action No. 11-CV-2437<br><br>District Judge Milton I. Shadur<br>Magistrate Judge Martin C. Ashman |

**NOTICE OF VOLUNTARY DISMISSAL (WITHOUT PREJUDICE) PURSUANT TO
FED. R. CIV. P. 41 (a)(1)(A)(i)**

PLEASE TAKE NOTICE that the plaintiff, Robert Bosch LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action without prejudice. This Notice Of Voluntarily Dismissal is being filed before service by any of the defendants of either an answer or a motion for summary judgment.

Dated: November 30, 2011          Respectfully submitted,

OF COUNSEL          By: /s/ William P. Oberhardt
                                                William P. Oberhardt
                                                WILLIAM P. OBERHARDT, LLC
Mark A. Hannemann                70 West Madison, Suite 2100
Jeffrey S. Ginsberg                  Chicago, IL 60602
KENYON & KENYON LLP       Tel: 312-251-1100
One Broadway                         Fax: 312-251-1175
New York, NY 10004              Atty. Reg. No. 3122407
Tel: 212-425-7200

                                                *Attorney for Plaintiff*
                                                *Robert Bosch LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of November, 2011, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, to be served by operation of the Court's electronic filing system upon all counsel of record.

    /s/ William P. Oberhardt
William P. Oberhardt
WILLIAM P. OBERHARDT, LLC
70 West Madison, Suite 2100
Chicago, IL 60602
Tel: 312-251-1100
Fax: 312-251-1175
Atty. Reg. No. 3122407

*Attorney for Plaintiff*
*Robert Bosch LLC*