# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Robert Bosch LLC

                         Plaintiff,

v.                                              Case No.: 1:11−cv−02437
                                                Honorable Milton I. Shadur

UL Enterprises LLC, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 30, 2011:

        MINUTE entry before Honorable Milton I. Shadur:Civil case terminated. This
action is hereby dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Fed. R.
Civ. P. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.